FOSTER HYATT GROUP OF COMPANIES, INC., ET AL. v. HIGH POINT TOOL COMPANY, INC., ET AL.

February 25, 1986.

Petition for certification denied.

LAWRENCE IVAN, ET AL. v. BOARD OF EDUCATION OF THE PRINCETON REGIONAL SCHOOL DISTRICT, ET AL.

February 25, 1986.

Petition for certification denied.

SUSAN HAMM v. DR. NORBERT SCHALET, M.D.

February 25, 1986.

Petition for certification denied.

ALLING STREET URBAN RENEWAL COMPANY v. CITY OF NEWARK.

February 25, 1986.

Petition for certification denied. (See 204 *N.J.Super.* 185)